UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE:                                ) CASE NO: 06-44531-659
                                      )
BRYANT WILSON                         )
                                      ) CHAPTER 13
                                      )
                                      )
            DEBTOR(S)                 )

LIST OF UNCLAIMED FUNDS AND ENTITIES
WHICH ARE ENTITLED TO PAYMENT

COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011. THE FOLLOWING IS A LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION 347(A):

BRYANT WILSON
8336 ORCHARD                          $              2.00

SAINT LOUIS MO
444444             63132


                                      /s/ John V. LaBarge, Jr.
                                      ------------------------------------
DATE: July 30, 2010                   JOHN V. LABARGE, JR.,
                                      CHAPTER 13 TRUSTEE
                                      P.O. Box 430908
                                      St. Louis, MO 63143
BG -091                               (314) 781-8100   trust33@ch13stl.com